IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MANDRIEZ SPIVEY, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-10 (LAG) |
| | * |
| SHERIFF BILLY HANCOCK, *et al.*, | * |
| Defendants, | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 11th day of March, 2022.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk